(95 South. 705)

No. 25686.

### STATE v. SMITH et al.

(Feb. 26, 1923.)

*(Syllabus by Editorial Staff.)*

Criminal law ⊕⊃1159(1)—Supreme Court cannot review evidence.

The Supreme Court cannot review the evidence on which defendant was convicted of a criminal offense.

Appeal from Second Judicial District Court, Parish of Bossier; Robert Roberts, Jr., Judge.

Allen Smith and Henry Vinson were convicted of having whisky in their possession for sale for beverage purposes, and defendant Smith appeals. Affirmed.

H. T. Layne, of Shreveport, for appellant.
A. V. Coco, Atty. Gen., R. Harwell Lee, Dist. Atty., of Minden (T. S. Walmsley, of New Orleans, of counsel), for the State.

ST. PAUL, J. The accused was charged and convicted of having whisky in his possession for sale for beverage purposes.

The record contains no bill of exception, or plea whatever presenting any question of law, and the appeal was frankly taken to have this court "review the evidence" on which the defendant was convicted.

As this court cannot "review the evidence," and defendant alleges no error of law, the judgment appealed from must stand.

### Decree.

The judgment appealed from is therefore affirmed.